# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **RAY JEFFERSON CROMARTIE,** | * | **CIVIL ACTION NO.** |
| | * | **7:19-CV-181-MTT** |
| **Plaintiff,** | * | |
| v. | * | |
| | * | |
| | * | |
| **BRADFIELD SHEALY,** Southern | * | |
| **Judicial Circuit District Attorney;** | * | |
| | * | |
| **RANDA WHARTON,** Clerk of | * | |
| **Superior Court, Thomas County,** | * | |
| | * | |
| **Defendants.** | * | |

## NOTICE OF APPEARANCE

COME NOW Deputy Attorney General Beth Burton and notifies this Court of appearance of counsel for Defendants in the above-styled case.

PLEASE TAKE NOTICE that the undersigned requests that they should be noticed and/or served with all pleadings as follows:

bburton@law.ga.gov

This 23rd day of October, 2019.

                                              s/Beth Burton
                                              BETH BURTON          027500
                                              Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed the within and foregoing *Notice Of Appearance*, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

> Aren Adjoian
> Loren Stewart
> Federal Community Defender for the
> Eastern District of Pennsylvania
> 601 Walnut Street, Suite 545 West
> Philadelphia, PA 19106

This 23rd day of October, 2019.

>Respectfully submitted,
>
>s/Beth Burton
>BETH BURTON            027500
>Deputy Attorney General